# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:09-CR-00067     Recorder: CS 02/02/2009     Date: 02/02/2009

Present: The Honorable Carla Woehrle, U.S. Magistrate Judge

Court Clerk: Terry R. Baker / VM     Assistant U.S. Attorney: Rasha Gerges

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| YONGCAI LI, aka Michael Lee, aka Wu Hai Tao, aka Gaoyi Tech<br>    CUSTODY-PRESENT | RICHARD D. GOLDMAN, special appearance by GERALD C. SALSEDA<br>         DFPD | MANDARIN | SHIRU HONG |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge S. James Otero.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 03/17/2009 at 9:00 A.M.
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Judge Otero's court clerk will issue the Judge's discovery order to counsel. Counsel are directed to review Judge Otero's discovery order for updates and modifications on the court's website

00 : 04
Initials of Deputy Clerk: TRB

cc: Statistics Clerk, PSALA Interpreter, USMLA