R. DARREN CORNFORTH (State Bar No. 201919)
LAW OFFICES OF R. DARREN CORNFORTH
3303 Del Mar Ave., Ste. B
Rosemead, California 91770
Telephone: (626) 280-6000
Facsimile: (626) 280-3333

Attorney for Defendant,
YONG CAI LI

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>YONG CAI LI,<br><br>                    Defendant. | CASE NO.: CR 09-00067-SJO<br><br>DEFENDANT YONG CAI LI'S OBJECTIONS TO PRESENTENCE REPORT AND SENTENCING POSITION PAPER<br><br>Date:  January 25, 2010<br>Time:  9:00 A.M.<br>Place:  Courtroom of the Honorable S. James Otero, United States District Judge |

TO THE HONORABLE S. JAMES OTERO, JUDGE OF THE UNITED STATES DISTRICT COURT:

Defendant YONG CAI LI, by and through her attorney of record, R. Darren Cornforth, hereby submits his objections to the presentence report and sentencing position paper.

## I.

## INTRODUCTION

On September 23, 2009, Defendant YONG CAI LI pled guilty to Count 9 of the Indictment. Count 9 of the Indictment charges a violation of 18 U.S.C. §2320(a), trafficking in counterfeit goods.

1

### 1.    Plea Agreement

Defendant Li pled guilty pursuant to a written plea agreement which reflects the parties stipulated guideline factors. The parties agreed the base offense level would be level 8 pursuant to U.S.S.G. §2B5.3(a). The parties stipulated the infringement amount was between $400,000 and $1,000,000 resulting in a 14 level increase pursuant to U.S.S.G. §2B31.3(b)(1)(B). The government agreed to a 3 level downward adjustment for acceptance of responsibility pursuant to U.S.S.G. 3E1.1. The Government agreed to a 2 level Booker downward adjustment pursuant to U.S.S.G. §3553(a) based upon family circumstances. Defendant Li reserves the right to argue for a reduction for Mitigating role pursuant to U.S.S.G. §3B1.2. The Government reserves the right to argue for an increase of two levels for an offense involving importation pursuant to U.S.S.G. §2B5.3(b)(3)(A).

### 1.    Presentence Report

On or about December 29, 2009, counsel for Defendant Li obtained the United States Probation Officer's pre-sentence report.  The probation officer calculated the defendant's total offense level at <u>level 21</u> and a criminal history category of 1.

### 2.    Objections to Presentence Report

Defendant Li sets forth the following objections to the United States Probation Officer's pre-sentence report.

### A.    Assessment of U.S.S.G. §2B5.3(b)(3)(A) Importation enhancement

In paragraph 36, the probation officer assessed a two level enhancement pursuant to U.S.S.G. §2B5.3(b)(3)(A). Application note 3 states, in part, that if the offense involved the manufacture, importation, or uploading of infringing items, the offense is increased by two levels. The probation officer wrote: "by shipping the counterfeit goods from China to the United States, Li caused the importation of infringing items."

Defendant did not personally "ship" the counterfeit items to the United States. He was not involved in the packing and mailing of the items. Moreover, the critical fact is Defendant Li did not import the items into the United States whereas the purchaser of the counterfeit items was the person importing the goods into the United States. To read into the statute that defendant's conduct is sufficient for imposition of a two level increase in his sentence is reading the statute in an overly

1  broad manner. It would seem counterintuitive to view Defendant Li's conduct in any way involved

2  importing the Cisco products when in fact he was involved in exporting the items to the United

3  States.

4           Therefore, Defendant Li submits the enhancement is not applicable.

5

6     **B.    Adjustment for Role in the offense**

7           In paragraph 38, the probation officer stated that "counsel for Li has provided no evidence in

8  support of his contention that Li was actually working for someone else in this scheme." On

9  December 11, 2009 counsel for Li provided the probation officer a criminal sentencing sheet of Kai

10 Pei Li dated January 16, 2007 (attached hereto as Exhibit "A" comprised of the original Chinese

11 document and an English translation certified by court Certified Mandarin Interpreter Caroline Lee).

12          In this case, Mr. Li worked for Kai Pei Li's company, Gaoyi Tech in Shen Zhen, China from

13 2004 to 2006. Mr. Li initially made office supply purchases and deliveries within the city. Mr. Li

14 later worked in sales. It was at Kai Pei Li's direction that he opened a bank account in Hong Kong

15 that was used on behalf of the company to receive payment for shipments of counterfeit Cisco

16 products to the United States. Defendant was involved in the orders of such products. He did not

17 personally box and ship the products. He was paid a salary of approximately $400 US dollars per

18 month. His boss, Kai Pei Li, ultimately received the proceeds from the sale of counterfeit Cisco

19 products. As a condition of his employment, he was told by Kai Pei Li to open the account to be used

20 for Kai Pei Li's benefit. The absence of any record of Kai Pei Li's name on the account does not

21 enhance the Government's argument that Defendant Li did not work for Kai Pei Li. It is typical in a

22 criminal enterprise that a superior will attempt to shield himself from any paper trail connecting him

23 to criminal wrongdoing. Clearly, emails and financial transactions result in a substantial paper trail.

24 That is precisely how the Government built their case against Defendant Li.

25          In addition, the Government is relying, in part, on a January 7, 2009 recorded conversation in

26 which Defendant Li made incriminating statements with regard  to the sale of counterfeit Cisco

27 products. During that conversation with a confidential source, Defendant Li stated he had a boss

28 whom he worked for when he was selling counterfeit Cisco products. (See Bate Stamp 928, page 27

3

of 70, lines 608-609, of the transcript of the January 7, 2009 recorded conversation attached hereto as Exhibit "B")

Furthermore, the attached 2007 criminal sentencing document for Kai Pei Li indicates Kai Pei Li was prosecuted in China for selling counterfeit Cisco products. Kai Pei Li, along with two other accomplices, was sentenced to prison in China for selling counterfeit Cisco products.

Therefore, I submit a minor role adjustment of two levels is warranted based on the fact that Defendant Li worked as an employee of Kai Pei Li, took direction from that individual and did not personally financially gain from the sale of counterfeit Cisco products.

### III.

### 18 U.S.C. 3553(a) FACTORS RELEVANT IN THE INSTANT CASE

Defendant submits the following factors to be considered by the Court in fashioning a fair and just sentence in this case pursuant to 18 U.S.C. §3553(a):

1.    Nature and Circumstances of the Offense

In brief, Defendant Li worked for a company in China called Gaoyi Tech. The company was involved in the sale of counterfeit Cisco products to individuals in the United States. Defendant Li worked for the owner of the company, Kai Pei Li. At his direction, Defendant Li, corresponded with customers in the United States. The customers wired money to an account under Defendant Li's name at HSBC in Hong Kong. Defendant Li is the sole name on the account. Defendant Li opened the account at the direction of Kai Pei Li.

2.    History and Characteristics of the Defendant

A.    Family and Background Information

Defendant Li is 33 years old. He was born in China. His parents are both 73 years old and reside in Shenzhen, China. His parents were farmers in rural China until their poor health resulted in retirement. Mr. Li has on sister, Yuanjun Li, who resides in Montreal, Quebec with her husband and children.

1    In 2002, Mr. Li married Xia Li. They have three children: Yi Cheng, daughter, age 6, Yi Xia,

2    son, age 4, and Yi Chang, daughter, age six months. His wife takes care of the children. His wife and

3    children have been supported by relatives since Mr. Li's incarceration. His wife and children reside

4    in Shenzhen, China.

5    Mr. Li's parents are both very ill. His mother has lost her sight. His father suffers from

6    tuberculosis and has had two operations in the past two years. (Please see letter of Defendant's

7    parents as well as medical document attached hereto as Exhibit "C")  (NOTE: the probation report

8    erroneously stated his father has "cancer" which may have been because of the translation of the

9    defendant's description of his father's ailment) They are not well and do not have any immediate

10    family to help take care of them as their daughter lives in Canada. Mr. Li, upon his release from

11    custody, will be the primary person to look after his parents.

12    The attached letters from his wife and friends show the character of Mr. Li and how his

13    family and friends truly see him. (Attached hereto as Exhibit "D") These letters show how much his

14    family and friends care about him and want him to succeed in life. The letters reference his integrity,

15    how he is kind-hearted, humble and a true stand-up person. They accept his mistake in judgment and

16    criminal conduct and pray upon this Honorable Court to see the person that he is.

17    In addition, Mr. Li is the sole financial support for his family. His wife is taking care of their

18    newborn baby and two other young children. Upon his return to Shenzhen, he will again provide for

19    his own family, be a good father to his children, as well as take care of his parents.

20    Finally, Mr. Li is extremely remorseful over his conduct. (Please see letter of Yong Cai Li

21    attached hereto as Exhibit "E" ) His letter details the pain he has caused his parents, his wife and

22    young children. His baby has never even seen Mr. Li as he was in custody at the time of birth. He

23    readily admits he committed a crime. He vows to be a better person, a law abiding person and does

24    not want to let his family down again.

25    On the basis of defendant's significant family hardship outlined above, in the plea agreement

26    the Government agreed to a 2 level decrease in his sentence.

27

28

3.    Need for the Sentence Contemplated

Section 3553(a)(2) states that the Court, when considering what sentence to impose, shall consider the "need for the sentence imposed." In this regard, the statute states that these factors shall include the need:

(A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

(B) to afford adequate deterrence to criminal conduct;

(C) to protect the public from further crimes of the defendant; and

(D) to provide the defendant with needed educational or vocational training, medical care, or correctional treatment in the most effective manner.

Applying these considerations, defendant submits a sentence of eighteen months is appropriate. Defendant submits that his early plea and admission of guilt, his lack of any criminal record, his minor role in the offense and family hardship warrant this proposed sentence.

## IV.

## CONCLUSION

Defendant requests this Court to consider this Sentencing Memorandum in fashioning a fair and just sentence.

Defendant submits this sentencing recommendation provides just punishment for the offense, promotes respect for the law, affords adequate deterrence from further crimes and offers the defendant adequate rehabilitation.

Dated: January 7, 2010                              Respectfully submitted,


                                                    /s/ R. Darren Cornforth
                                                    R. DARREN CORNFORTH
                                                    Attorney for Defendant,
                                                    YONG CAI LI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT "A"

# 深圳市罗湖区人民法院

# 刑事判决书

（2007）深罗法刑初字第 104 号

公诉机关深圳市罗湖区人民检察院。

被告人李开培，男，█████████日出生，汉族，重庆市人，高中文化，住重庆市沙坪坝区天星桥所七段晒光坪 69 号附 21 号 8-1。因本案，2006 年 8 月 30 日被羁押，8 月 31 日被刑事拘留，同年 9 月 30 日被逮捕，现羁押于深圳市罗湖区看守所。

辩护人王平，北京市地平线律师事务所深圳分所律师。

辩护人欧阳郁，北京市地平线律师事务所深圳分所律师。

被告人赵志文，男，█████████日出生，汉族，广西平南县人，中专文化，住平南县大安镇稻花村村背屯。因本案，2006 年 8 月 30 日被羁押，8 月 31 日被刑事拘留，同年 9 月 30 日被逮捕，现羁押于深圳市罗湖区看守所。

辩护人黄新超，法上律师事务所律师。

被告人欧金新，男，█████████日出生，汉族，广西桂林市人，初中文化，住桂林市平乐县青龙乡豆地村委社公头村 3 队 08 号。因本案，2006 年 8 月 30 日被羁押，8 月 31 日被刑事拘留，同年 9 月 30 日被逮捕，现羁押于深圳市罗湖区看守所。

辩护人余君中，君成律师事务所律师。

深圳市罗湖区人民检察院以罗检刑诉[2006]2217 号起诉书指控被告人李开培、赵志文、欧金新犯假冒注册商标罪，于 2006 年 12 月 13 日向本院提起公诉。本院依法组成合议庭，公开开庭审理了本案。深圳市罗湖区人民检察院指派代理检察员袁汉辉出

Create PDF with GO2PDF for free, if you wish to remove this line, click here to buy Virtual PDF Printer







标的网络模块、接口卡、交换机、千兆接口转换器的成品总价值人民币 201035 元。

公诉机关在法庭上宣读或出示了下列证据:

1、被告人供述。(1)被告人李开培的供述。证实其未经授权受雇于韦然生产假冒美国思科公司注册商标的事实。(2)被告人赵志文的供述。证实其与欧金新受雇于李开培,对假冒美国思科公司的网络模块进行维修与测试的事实。(3)被告人欧金新的供述。证实与赵志文受雇于李开培,对假冒美国思科公司的网络模块进行维修与测试的事实。

2、证人证言。(1)证人李某某的证言。证实安斯亚公司经过跟踪调查,发现生产假冒美国思科公司产品的事实。(2)证人邝某某的证言。证实安斯亚公司经过跟踪调查,发现生产假冒美国思科公司产品的事实。并证实了假冒美国思科公司产品的生产和窝藏地点。

3、书证、物证。(1)扣押假冒的思科产品清单。(2)被告人身份材料。(3)思科公司出具的鉴定材料及说明。(4)其它相关书证。(5)缴获的假冒思科公司的产品。

4、鉴定结论。深价鉴[2006]3904 号《价格鉴证结论书》。证实缴获三被告人假冒的思科产品经鉴定价值人民币为 201035 元。

5、现场搜查笔录及照片。

公诉机关认为,被告人李开培、赵志新、欧金新的行为已触犯《中华人民共和国刑法》第二百一十三条之规定,构成假冒注册商标罪。诉请本院依法惩处。

被害单位的代理人提出:1、被告人不仅假冒了思科公司的产品,还假冒了另外二家公司的产品。2、价格鉴定书严重低估了假冒商品的价值,请求法庭对此重新鉴定。3、被告人假冒的思科产品的实际实售的数量应大大高于查获的数量

庭支持公诉，被告人李开培、赵志文、欧金新；辩护人王平、欧阳郁、黄新超、余君中及被害单位思科技术公司委托代理人张国智到庭参加诉讼。现已审理终结。

深圳市罗湖区人民检察院指控，2005 年 12 月以来，犯罪嫌疑人韦然（男，另案处理）与被告人李开培未经思科公司授权，在深圳市金湖路 69 号银湖车站综合大楼 7 单元-8B 室、银湖路齐明别墅 B4-8 号、罗湖区金湖花园 B 区 2 栋 1 单元 403 室、罗湖区金湖路金湖花园 C 区 1 栋 1 单元 601 室等地制造假冒思科公司的“CISCO SYSTEMS”字样加“双峰”图案的注册商标商品。犯罪嫌疑人韦然负责采购废旧的网络模块、接口卡及翻新新产品的销售，被告人李开培先后招聘了被告人赵志文、欧金新并由其三人负责将犯罪嫌疑人韦然采购回来的废旧网络模块维修翻新成可以使用的网络模块、接口卡后，交由韦然进行销售。2006 年 8 月 30 日，深圳市公安局根据思科公司委托的安斯亚有限公司提供的调查线索举报后，前往深圳市金湖路金湖花园 C 区 1 栋 1 单元 601 室，当场抓获正在维修的被告人李开培、赵志文、欧金新三人，并现场查获了印有“CISCO SYSTEMS”字样加“双峰”图案注册商标成品的网络模块 363 块、接口卡 614 块、交换机 3 台、千兆接口转换器 2 个；后前往深圳市金湖花园 B 区 2 栋 1 单元 403 室现场查获了印有“CISCO SYSTEMS”字样加“双峰”图案注册商标的网络模块 25 块、接口卡 419 块、千兆接口转换器 6 个。在 2006 年 9 月 5 日，深圳市公安局又对深圳市银湖路齐明别墅 B4-8 号的窝点进行搜查，现场查获了印有“CISCO SYSTEMS”字样加“双峰”图案注册商标的大包装箱 2500 个、小包装箱 2750 个、说明书 4000 本。经深圳市物价局价格认证中心估价，上述深圳市金湖花园 C 区 1 栋 1 单元 601 室及 B 区 2 栋 1 单元 403 室两处扣押的印有“CISCO SYSTEMS”字样加“双峰”图案注册商

Create PDF with GO2PDF for free, if you wish to remove this line, click here to buy Virtual PDF Printer

被告人李开培、赵志文、欧金新对指控的上述犯罪事实及上述证据均无异议，承认控罪。

被告人李开培的辩护人辩称：1、被告人是受韦然的雇佣，帮其生产假冒的思科产品，应属从犯。2、其认罪态度较好，请求法庭从轻处罚。

被告人赵志文的辩护人辩称：1、认定被告人构成假冒注册商标罪的证据不足，其没有主观故意。2、被告人只应对本案金湖花园C区1栋601室的涉案物品负责，其并未参与其它地点的维修调试。3、被告人是从犯，认罪态度较好，请求法庭从轻处罚。

被告人欧金新的辩护人辩称：1、被告人只应对本案金湖花园C区1栋601室的涉案物品负责，其并未参与其它地点的维修调试。2、被告人是从犯，认罪态度较好，请求法庭从轻处罚。

经审理查明，公诉机关指控被告人李开培、赵志文、欧金新的上述基本犯罪事实客观、真实；上述证据来源合法，且经当庭质证，本院予以采信。

另查明，被告人赵志文、欧金新被被告人李开培聘请后，只在金湖花园C区1栋601室帮从事假冒思科产品的维修和调试，在该犯罪地点查获的思科产品经鉴定价值为139720元人民币。

[2006]3904号《价格鉴证结论书》是公安机关委托相关部门依程序作出的鉴定结论。被害单位提出重新鉴定的请求，但并不能提供充分的证据证明该鉴定结论确实存在错误，故其意见不予采纳。对于被告人涉嫌假冒其它注册商标的行为，及在查获犯罪之前已经销售的假冒产品数量，本案中，缺乏证据予以证实，现有证据不能证明被告人李开培等三人已销售假冒产品的数量，也不能证实三被告人实施了假冒其它两种注册商标的行为，故该意见不予采纳。被告人赵志文、欧金新作为雇员，只参与了在金湖

Create PDF with GO2PDF for free, if you wish to remove this line, click here to buy Virtual PDF Printer

花园 C 区 1 栋 601 室的假冒产品的生产，故该二被告人对此地点查获的涉案物品承担刑事责任。两被告人的辩护人此项辩护意见予以采纳。

本院认为，被告人李开培、赵志文、欧金新无视国家法律，未经注册商标所有人许可，在同一种商品上使用与其注册商标相同的商标，情节严重，其行为均已构成假冒注册商标罪。公诉机关对被告人李开培、赵志文、欧金新犯有假冒注册商标罪的指控，事实清楚，证据确实、充分，应予支持。被告人赵志文在公安侦查阶段，即已明确供述知道生产这些物品是不正当的，故其辩护人关于其不具有假冒注册商标罪的主观故意的辩护理由与事实不符，不予采信。在共同犯罪中，被告人李开培虽辩称受雇于他人，但经本院审理查明，其在整个犯罪活动中积极参与实施犯罪，起主要作用，仍应认定为主犯，其辩护人关于被告人系从犯的辩护意见，不予采纳；被告人赵志文、欧金新起次要和辅助作用，系从犯，应从轻处罚。鉴于三被告人在庭审中认罪态度较好，有悔罪表现，可酌情从轻处罚。各辩护人此相关意见予以采纳。依照《中华人民共和国刑法》第二百一十三条、第二十五条第一款、第二十六条第一款、第二十七条之规定，判决如下：

一、被告人李开培犯假冒注册商标罪，判处有期徒刑七个月（刑期从判决执行之日起计算。判决执行以前先行羁押的，羁押一日折抵刑期一日。即自 2006 年 8 月 30 日起至 2007 年 3 月 28 日止），罚金人民币 30000 元，上缴国库。

被告人赵志文犯假冒注册商标罪，判处有期徒刑六个月（刑期从判决执行之日起计算。判决执行以前先行羁押的，羁押一日折抵刑期一日。即自 2006 年 8 月 30 日起至 2007 年 2 月 28 日止），罚金人民币 20000 元，上缴国库。

被告人李开培犯假冒注册商标罪，判处有期徒刑六个月（刑

Create PDF with GO2PDF for free, if you wish to remove this line, click here to buy Virtual PDF Printer

期从判决执行之日起计算。判决执行以前先行羁押的，羁押一日折抵刑期一日。即自 2006 年 8 月 30 日起至 2007 年 2 月 28 日止），罚金人民币 20000 元，上缴国库。

　　二、涉案的假冒思科公司注册商标的物品，予以没收，由公安机关予以销毁。

　　如不服本判决，可在接到本判决书的第二日起十日内，通过本院或者直接向深圳市中级人民法院提起上诉。书面上诉的，应当提交上诉状正本一份，副本二份。

　　　　　　　　　　　　审　判　长　　赵立群
　　　　　　　　　　　　人民陪审员　　刘志勇
　　　　　　　　　　　　人民陪审员　　刘明理

　　　　　　　　　　　　二〇〇七年一月十六日

　　　　　　　　　　　　书　记　员　　关凤翔

Create PDF with GO2PDF for free, if you wish to remove this line, click here to buy Virtual PDF Printer

# Shen Zhen State Luo Hu District People's Court
# Criminal Sentencing Document

(2007) Shen Zhen Law First Number 104

Public Entity Shen Zhen State Luo Hu District People's Attorney Office.

Defendant **Li Kai Pei**, male, born on ████████ Han tribe, person of Chong Qing, high school education, live in Chong Qing State Sa Ping Bei District Tian Hsin Bridge Soh, seven, Sai Guan Ping number 69, ext. number 21, 8-1. Due to this case, defendant was arrested on 8/30/2006, detained 8/31/2006, same year 9/30/09 arrested, now detained at Shen Zhen State Luo Hu District Detention Center.

Defender Ping Wang, Attorney of Beijing State Di Ping Tsien Subsidiary Law Office at Shen Zhen District.

Defender O, Attorney of Beijing State Di Ping Tsien Subsidiary Law Office at Shen Zhen District.

Defendant **Ji Wen Zhao**, male, born on ████████ Han tribe, Guang Si Ping Nan State, middle school education, lives in Ping Nan State Da An Dao Hua. Due to this case, defendant was arrested 08/30/06, detained 08/31106, same year 9/30/09 arrested, now detained at Shen Zhen State Luo Hu District Detention Center.

Defender Tsin Tsao Huang, attorney of Fa San Law Office

Defendant **Jin Tsin O**, male, born on ██████ Han tribe, Guang Si State Gwei Lin City, middle school education, lives in Gwei Lin City number 8. Due to this case, defendant was arrested on 8/30/2006, detained 8/3112006, same year 9/30/09 arrested, now detained at Shen Zhen State Luo Hu District Detention Center.

Defender Jun Chung Yu, attorney of Jun Cheng Law Office.

Shen Zhen State Luo Hu District Attorney's Office based on [2006] number 2217 filed charges against defendants **Kai Pei Li, Ji Wen Zhao, Jin Tsin O**, for counterfeit trademarks on 12/13/2006 in this court. Guided by the law, this court took over the case and called the court into session. Shen Zhen State Luo Hu Disctrict People's Attorney's Office appointed substitute investigator Han Huei Yuan to represent the People. Defendant **Kai Pei Li, Ji Wen Zhao, Jill Tsin O**; Defender Ping Wang, O, Tsin Tsao Huang, Jun Chung Yu and victim Cisco Systems, Inc. representative Guo Zhi Chang attended the court. Currently, the case is closed.

Shen Zhen State Luo Hu District Attorney's Office filed charges based on since Dec. 2005, suspect Zhen Hao (male, filed in a separate case) and defendant Kai Pei Lee







manufactured counterfeit products with "Cisco System" and "double peak" logos at Shen Zhen Sate Jin Hu Road number 69 Yin Hu Station Combination Building Unit 7 - Room 8B, Yin Hu Road Ji Ming Mansion Number B4-8, Luo Hu District Jin I-lu Flower Garden B Section 2nd floor Unit One Room 403, Luo Hu District Jin Hu Road Jin Hu Flower Garden C Section First Floor Unit One Room 601, and so on places. Suspect Zhen Hao is responsible for purchasing network equipments such as internet modem, network card, and for selling refurbished products. Defendant Kai Pei Lee hired consecutively **Ji Wen Zhao then Jin Tsin O**, and the three of them are responsible for refurbishing the internet modem purchased by suspect Zhen Hao. Once refurbished to resemble new conditions, the modems and network cards were sold as usable new products by Zhen Hao. In Aug. 30, 2006, based on the evidence provided by An Shi Co. Ltd on behalf of Cisco Systems Co, Shen Zhen State Public Peace Office sent investigators/officers to Shen Zhen State Jin Hu Road Jin Hu Flower Garden C Section First Floor Unit One Room 601, and caught defendants Kai Pei Lee, Ji Wen Zhao, Jin Tsin O in the act of refurbishing, and found 363 internet modems, 614 network cards, 3 switches, 2 routers, all printed with the word "CISCO SYSTEMS" and trademark logo "Double Peak." Next, the investigators/officers went to Shen Zhen State Jin Hu Flower Garden B Section 2nd floor Unit One Room 403 and found 25 internet modems, 419 network cards, 6 routers all printed with the word "CISCO SYSTEMS" and trademark logo "Double Peak." On Sept. 5, 2006, Shen Zhen State Public Peace Office made another search Shen Zhen State Yin Hu Road Ji Ming Mansion Number B4-8 and found 2500 large packaging, 2750 small packagings, 4000 manuals all printed with the word "CISCO SYSTEMS" and trademark logo "Double Peak." From the Value Appraisal Center ofShen Zhen City, products including the internet modems, network cards, switches, routers printed with the word "CISCO SYSTEMS" and trademark logo "Double Peak." Confiscated from the above mentioned Shen Zhen State Jin Hu Road Jin I-lu Flower Garden C Section First Floor Unit One Room 601 and B Section 2nd floor Unit One Room 403 is estimated to worth RMB 201035 yuan.

Public Prosecutor Office provided the following evidence in court:

1. Defendant's statements:
   1) Defendant **Kai Pei Lee's** statement. Proved the fact that defendant and Zhen Hao manufactured counterfeit products using Cisco Systems Inc.registered trademark without authorization or employment.

   2) Defendant **Ji Wen Zhao's** statement. Proved the fact that he and Jin HsinO were hired by Kai Pei Lee to repair and test counterfeit Cisco Systems internet modems.

   3) Defendant **Jin Hsin O's** statement. Proved the fact that he and Ji Wen Zhao were hired by Kai Pei Lee to repair and test counterfeit Cisco Systems internet modems.

2. Witness statements:
   1) Witness XX Lee's statement. Proved the fact that An Shi Co. Ltd., after close surveillance and investigations, found the activity of manufacturing counterfeit Cisco Systems products exists.

    2) Witness XX Kwan statement. Proved the fact that An Shi Co. Ltd., after close surveillance and investigations, found the activity of manufacturing counterfeit Cisco Systems products exists. And proved the manufacturing and storage place of the counterfeit Cisco Systems products.

3. Physical evidence:
    1) Confiscated Cisco products inventory list.
    2) Defendants' personal ID.
    3) Samples for authenticity verification and explanation provided by Cisco Co.
    4) Other related evidence.
    5) Counterfeit Cisco products.

4. Appraisal conclusion: Value Appraisal number [2006] 3904 «Conclusion of Price Appraisal». Proved the fact that after appraisal, the counterfeit Cisco products procured by the three defendants is worth RMB 201035 yuan.

5. Pictures and records at time of search

      It is the opinion of the Public Prosecutor's Office that the behavior of defendants Kai Pei Lee, Ji Wen Zhao, Jin Tsin O violated «Criminal Law of People's Repbublic of China» number two hundred thirteen that heir behavior constituted the crime of counterfeiting. Hereby ask the court to sentence proper punishment.

Victim's representative stated:
    1) Not only did the defendants counterfeit Cisco products, they also counterfeited the products of additional two other companies.
    2) «Conclusion of Price Appraisal» severely underestimates the worth of the counterfeit products. Hereby ask the court to please re-evaluate.
    3) The amount of counterfeit Cisco products already sold by the defendants were far greater than the amount discovered.

Defendants **Kai Pei Li, Ji Wen Zhao, Jin Tsin O** admitted to have committed the aforementioned criminal acts and evidence and admitted to the charges.

Defender of defendant Kei Pai Li provided he defenses:
    1) Defendant was hired by Zhen Hao to help produce counterfeit Cisco products and should be considered as an accomplice.
    2) Defendant cooperatively admitted to the charges, therefore, hereby asked the court to reduce sentencing.

Defender of defendant Ji Wen Zhao provided the defenses:
    1) Not enough evidence to convict defendant of the counterfeit crime, no intent to engage such act.
    2) Defendant was charged only because he was responsible for the products in Jin Hu Flower Garden C Section First Floor Unit One Room 601, but defendant did not participate in the refurbishing and repairs at the other locations.

3) Defendant is an accomplice, admitted to charges cooperatively, therefore, hereby ask the court to reduce sentencing.

Defender of Jin Tsin O provided the defenses:
1) Defendant was charged only because he was responsible for the products in Jin Hu Flower Garden C Section First Floor Unit One Room 601, but defendant did not participate in the refurbishing and repairs at the other locations.
2) Defendant is an accomplice, admitted to charges cooperatively, therefore, hereby asked the court to reduce sentencing.

Through trial and investigation, Public Defense Office found the charges filed against **Kai Pei Lee, Ji Wen Zhao, Jin Tsin O** to be true; aforementioned evidence were obtained legally, and after proper examinations in trial, the court will accept the evidence.

In addition, defendants **Ji Wen Zhao, Jin Tsin O** were hired by Kai Pei Lee, and only helped out in repairing and refurbishing of the counterfeit Cisco products at Jin Hu Flower Garden C Section First Floor Unit One Room 601, the location where crime was committed. The total estimate of Cisco products found at the location is RMB139720.

[2006] number 3904 «Conclusion of Price Appraisal» is the conclusion made following the proper procedures by a related department delegated by the Public Office. The party representing the victim requested the appraisal to be reevaluated, but was unable to supply sufficient evidence to prove the appraisal value was wrong, therefore the request was not granted. As for defendants committing the crime of counterfeiting other trademarks, and the amount of counterfeit items sold prior to investigation, these objections cannot be proven with sufficient evidence in this case. Current available evidence cannot prove the amount of counterfeit products sold by defendants Kai Pai Lee and the rest of the three defendants. Current available evidence also cannot prove the three defendants counterfeited the other two trademarks. Therefore the information was not accepted. Defendants **Ji Wen Zhao, Jin Tsin O** were employees, and only participated in counterfeit production at Jin Hu Flower Garden C Section First Floor Unit One Room 601; therefore, the two would be held liable for the crimes committed at the specified location. The information provided by the defender of the two defendants were accepted.

This court believes that defendants **Kai Pei Lee, Ji Wen Zhao, Jin Tsin O** violated the law by using the registered trademark without the permission of owner and used an identical trademark on an identical product as the registered trademark's owners'. This act already constitutes the crime of counterfeiting. Public prosecutor Office has sufficient evidence to back up the charge of counterfeit against defendants **Kai Pei Lee, Ji Wen Zhao, Jin Tsin O**. Defendant **Ji Wen Zhao** already stated during public interrogation period that he knew the production of these items were illegal; therefore, to the defense of not having the motive to counterfeit is inconsistent with prior statement. So will not be accepted. In committing the crime together, defendant **Kai Pei Lee's** defense as a employee was not accepted because after the court reviewed the information, found that **Kai Pei Lee** was a principal in the entire criminal activities; defendants **Ji Wen Zhao, Jin Tsin O** are of secondary importance and have supplementary effect, is considered as accomplice, so will sentence lesser charges. Since all three defendants admitted to crime in a cooperative manner, shows signs of remorse, sentencing lesser charges can be considered. All relevant defenses from the defenders will be

accepted. According to «Criminal Law of People's Republic of China» number 213, number 25 first section, number 26 first section, number 27, the sentence is as follows.

1) Defendant **Kai Pei Lee** committed the crime of counterfeiting, sentence to 7 months of jail. (Jail time start counting from sentence day. Detainment time before sentencing, detainment days can be used as jail credit, one day detainment for one day jail credit. From 2006-8-30 to 2007-2-28) Fine is RMB 30000, pay to the Nation.

Defendant **Ji Wen Zhao** committed the crime of counterfeit, sentence to 6 months of jail. (Jail time start counting from sentence day. Detainment time before sentencing, detainment days can be used as jail credit, one day detainment for one day jail credit. From 2006-8-30 to 2007-2-28) Fine is RMB 20000, pay to the Nation.

Defendant **Kai Pei Lee** committed the crime of counterfeiting, sentenced to six month sentence to 6 months of jail. (Jail time start counting from sentence day. Detainment time before sentencing, detainment days can be used as jail credit, one day detainment for one day jail credit. From 2006-8-30 to 2007-2-28) Fine is RMB 20000, pay to the Nation.

2) The counterfeit Cisco products related to this case is to be confiscated and be destroyed by the Public Office.

If one does not agree to the sentencing decision of the court, one can file a lawsuit through this court or directly to Shen Zhen City Middle People's Court within ten days starting from the second day the sentence is received. When filing the lawsuit, must turn in one original complaint/lawsuit document, and a second copy.

Judge: Li Chin Tsao
Juror: Zhi Yong Liu
Juror: Ming Li Liu

2007-1-16

## Declaration of Interpreter/Translator

I, the undersigned, say:  I am an official interpreter and translator for the United States District Court and the Superior Court in the County of Los Angeles, State of California; I am familiar with the English and Chinese languages; I have reviewed the attached copy of Criminal Sentencing Document translated from Chinese to English.  The foregoing is a true and correct translation of said document.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on *December 30, 2009* at <u>Los Angeles</u>, California

<u>_Caroline Lee_</u>
Caroline Lee

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT "B"

Tracking Number: 09-0052
Case Title:    LI, YONGCAI
Date:          01/07/09

592          JLNU: ...bank account.

593          JH: Different?

594          JLNU: Different bank account.

595          ML: No, different.

596          RD: Oh, not the same?

597          ML: Not same.

598          RD: Oh, we don't have it.

599          ML: [UI].

600          RD: We don't [UI].

601          JH: I can place a PO this weekend for

602   Bluetooth.

603          JLNU: Uh-huh.

604          ML: Maybe if you want to [UI] this one, we

605   have [UI] all is before two years not in this

606   business, because...

607          JH: Right.

608          ML: because before two year, I working for

609   someone, you know, [UI] for Cisco.

610          JH: Uh.

611          ML: This business Cisco [UI], so I mean, this

612   business for this company, [UI], not OK [UI].

613          RD: Not this company?

614          ML: Yeah, that is for this company, not [UI]

615          RD: Oh.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27          EXHIBIT "C"
28

# Letter to the Honorable Judge and Jury

尊敬的美国政府/检控官先生：

Your respectful honor & Jury,

We are Chinese citizen Li Yongcai's parents. Thank you for giving our son a chance to know himself.

我们是中国公民李永才的父母。很谢谢你们。让我的孩子有了一次认识自己的机会。

Li is our proud and very dutiful to us. We had been depending on him for all our support since he is 24 years old. As he is not at home this year, our lives are in big trouble.

李永才一直都是我们的骄傲。他对父母很孝顺，从他24岁开始，我们的所有的生活起居都是他安排。今年他不在家，我们有很多的不适应。

I (the father) have been in very bad health since I was thirty year old. In the past two years, I had to stay in hospital for 4 or 5 times to save my life each year. Due to the lung disease, I often cough up blood. In the past, all the expenses and arrangements in hospital were borne by Li Yongcai. But the expenses is very high, is a astronomical sums of money to us. As Li Yongcai is not with us, to bring up our three grandchildren, if I was not in the crisis of death, I dare not to see a doctor and take medicine. I'm 73 years old, with sick body. I hope my son could come back earlier to be filial and prepare me for my end in Chinese traditional way.

我（父亲）的身体一直都不是很好，这两年每年基本上要住院到五次院，因肺是肺部病变导致的经常咯血的咳血。以前所有的住院的支排是孝永才承担的。但是由于他今年不在家，我还有三个孙子孙女，所以我不到万不得已，我不敢吃药和去医院，因为医院的费用对现在我们家来说，是个巨额数字。我今年73年了，我想我的儿子能给我养老送终，我盼望着他能早点回家尽孝。

I (the mother) have never had a normal life since my son went to USA. Missing my son so much, I lost almost all my sight. When my son was at home, he took care of us. We have been suffering big difficulties in our daily life since he left home. As his father cough up blood so frequently, we couldn't have a normal life. I'm 73 years old too. The youngest granddaughter is only six months old, but she has never seen his father. All my three grandchildren are in the important growth period. But due to their father's absence, their life is very disordered. As their grandparents, due to the old age and bad health, we can do nothing for them.

我（母亲），从孩子离开家到现在，我一直都没有一个正常的生活状况，因为想念孩子，眼睛几近失明。孩子在家的时候，都是他在负责照顾我们。现在孩子不在家，我们生活很艰辛，加上他父亲的身体经常咯血变咳，我们无法正常生活。我今年也73岁了，我的小孙女在半岁，即到现在还没爸爸都没见过面。三个孩子都是在最关键的成长发育期，正逢小时候。因为他们的爸爸不在家，孩子们的生活一团糟。作为爷爷奶奶，我们因为年纪和身体的原因，没有办法帮到他们。

Both of us are more than 70 years old, we don't have too much time to enjoy the life of a normal family. Because our son is not at home, we cannot have a life of a normal family. Every day, we are worrying what would our future life be. We don't know when such a nightmare will be ended!

我们都是70多岁的人了。我们因为儿子不在家，无法享受天伦之乐。每天在想着明天的生活会怎么样！我们不知道退这样的噩梦什么时候才能结束！

We appeal to you, your respectful honor and jury to consider the situation of our family, and let our son come back home as earlier as possible so that we can have a normal life in the remainder of our years.

Thank you very much for your kind understanding.

Best regards,
Li Bingsheng (Li Yongcai's Father)
Zhao Qiuying (Li Yongcai's Mother)

我们恳请法官能在审理，能考虑到我们家的特殊情况。让我儿子早日回来。让我们的生活正常起来.

李炳生
赵求英

李炳生
赵求英                2009.11.3

地址：深圳市南山区荆海路星海名城6栋5-2-1½

Add: ½x. Unit 2 Building 5. Xinghaimingcheng Qianhai Road, Nanshan district. Shenzhen. China.

Li, Yongcai                                                          2:09-CR-00067-SJO-1

Summary Translation for Yongcai Li's father medical documents

To Whom It May Concern:

Yongcai Li's father, is Bing Shen Li and he is 72 year-old.  His medical records from Shen Zhen City Third People's Hospital show that he has been plagued with tuberculosis for the past fifty years.  While Bing Shen Li has managed to live a functional life with this disease, as he ages and his body weakens, he is succumbing to the ravages of this disease. Bing Shen Li was hospitalized from 6/4/09 – 6/19/08, for exhibiting symptoms of active tuberculosis.  Bing Shen Li remained hospitalized and under observations for 15 days.  Bing Shen Li was initially admitted for having labored breathing.  But, upon further tests doctors discovered that Bing Shen Li's lungs were already eroding from the effects of tuberculosis.  Only a few weeks later, on 7/25/2008, Bing Shen Li was readmitted into hospital when Bing Shen Li could not stop coughing up blood.  This time doctors started him on a treatment regiment for active tuberculosis.  Since then Bing Shen Li has been in and out of the hospital.  On 11/25/08 Bing Shen Li returned to the hospital for more tests.  Bing Shen Li was again admitted to the hospital on 1/4/09.  On 2/27/09 Bing Shen Li was once more admitted to the hospital and this time the doctors concluded that Bing Shen Li's body as slipped into an anemic state, further complicating his tuberculosis.  Bing Shen Li's physical condition was of such concern for doctors that he was ordered to return to the hospital on a monthly basis, so that immediate medical attention could be administered at the first sign of any unusual symptoms.

Included are lab tests, X-ray reports, medical bill receipts and doctors notes.

Li, Yongcai                                                    2:09-CR-00067-SJO-1


Lab tests, X-rays, and doctor's notes of Yongcai Li's father, Bing Shen Li.



出　院　小　结

姓名：李炳生　性别：男性　年龄：72 岁　婚否：已婚　职业：无

单位：无　　住址：市南山星海名媛

入院时间：2008 年 6 月 4 日 1：50 时　　　第 1 次住院

出院时间：2008 年 6 月 19 日 10：00 时　　　共住院 15 日

入院诊断：Ⅲ 型肺结核±Ⅳ 涂（未）复治，大量咯血

入院后诊疗经过：（包括主要实验室检查、X 线、超声波等）

　　　　因 "咯血 2 小时" 入院。查体：T：35.7°C，$SO_2$92% v 双肺呼吸音粗，余未见明显异常，入院后急查床边胸部 X 线检查提示：双上肺结核，左上肺空洞不排除，动脉粥样硬化。6/4 血常规 WBC8.82×$10^9$/L，N：75.12%，尿、便常规、肝功能正常，乙肝 6 项提示：HBsAb(+)，ESR26mm/H，TB-AB 阴性。患者入院后给予血凝酶、PAMBA、立其丁止血治疗并头孢地嗪并莫西沙里抗炎处理，咯血停止，但 7/6 患者活动后再次出现大咯血，给予紧急行支气管动脉栓塞术，术后咯血停止，继续给予止血处理。12/6 加用力克肺疾、利福喷丁、可乐必较前有所吸收。现患者病情相对稳定，给予办理带药出院。

出院时情况：患者无咳嗽咳痰，无咯血，无发热，查体无明显异常。

出院诊断：Ⅲ 型肺结核±Ⅳ 涂（一）复治，大量咯血

出院医嘱：　1、休息，加强营养。

2、按咽抗痨，定期每月检查，用药期间如有任何不适及时就诊(如咯血、食欲减退、恶心、呕吐、视力下降等)。

3、带药：INH0.1×1 合　　用法：0.3Qd

　　　利福喷丁 0.15×2 合　　用法：0.45Biw

　　　　　　　　　　　　　医生签名：张培泽

医师签名：

盖章：



影　像　报　告　单

检查日期：2005/07/05

DR 号：0846H05
性别：男
床号：
检查方式：

影像学所见：

意见（仅供临床参考）

1（共16页）　　　医师签名：　　　盖章：

# 深圳市第三人民医院
## 放射学诊断报告

| | | |
|---|---|---|
| DR 号：0305196 | 姓名：李炳4 | 检查日期：2008/11/25 |
| 性别：男 | 年龄：72岁 | 申请科室：门诊 |
| 床号： | | 检查部位：胸部正位片 |
| 检查方式： | | |

**影像学所见：**

"两肺结核"复查：
比较2008-07-25（PACS两存）胸片，两肺病变大致相仿：两肺门粗乱上提，右下肺
动脉略增宽，双隔幕状粘连。余大致同原片。

**意见（仅供临床参考）：**

1. 两肺结核，较前片，大致相仿。

2. 胸主动脉弱样硬化。

报告医师：彭程
报告日期：2008/11/25



初诊病历记录

First Diagnosis Record

1(共16页)    医师签名：        盖章：

# 深圳市第二人民医院

## 放 射 学 诊 断 报 告

| | | |
|---|---|---|
| DR 号：0805135 | 姓名：李炳生 | 检查日期：2009/02/27 |
| 性别：男 | 年龄：72岁 | 申请科室：门诊 |
| 床号： | | 检查部位：胸部正位片 |

检查方式：

影像学所见：

"两肺结核"复查；
比较2008-11-25胸片：两肺病变大致相仿，两肺门粗乱上提，右下肺动脉略增宽；
双膈低平，局部部伏粘连。余大致同原片。

意见（仅供临床参考）：

1. 两肺结核，较前片，大致相仿。

2. 胸主动脉弓粥样硬化。

报告医师：黄华
报告日期：2009/02/27

2009-01-05  生化                                                                门诊

# 深圳市第三人民医院检验科检验报告单

| 中文名称 | 英文缩写 | 检验结果 | 提示 | 参考范围 | 单位 | 仪器/方法 |
|---|---|---|---|---|---|---|
| 总蛋白 | TP | 71.5 | | 60~83 | g/L | AU2700 |
| 白蛋白 | ALB | 43.8 | | 35~55 | g/L | AU2700 |
| 球蛋白 | GLO | 27.7 | | 20~32 | g/L | AU2700 |
| 白/球比值 | A/G | 1.58 | | 1.5~2.5 | | AU2700 |
| 总胆红素 | TB | 8.2 | | 3.4~20 | umol/L | AU2700 |
| 直接胆红素 | DBI | 2.9 | | 0~6.84 | umol/L | AU2700 |
| 间接胆红素 | IDB | 5.3 | | 3~20 | umol/L | AU2700 |
| 丙氨酸转氨酶 | TBA | 2.5 | | 0~12 | umol/L | AU2700 |
| 谷丙转氨酶 | ALT | 18 | | 5~40 | U/L | AU2700 |
| 谷草转氨酶 | AST | 27 | | 5~40 | U/L | AU2700 |
| AST/ALT | AST/ALT | 1.42 | | 0.3~2.0 | | AU2700 |
| 碱性磷酸酶 | ALP | 80 | | 53~128 | U/L | AU2700 |
| γ-谷氨酰转肽酶 | GGT | 14 | | 11~50 | U/L | AU2700 |

采样时间: 09-01-05 09:38
电话号:

---

2009-01-05  生化                                                                门诊

# 深圳市第三人民医院检验科检验报告单

| 中文名称 | 英文缩写 | 检验结果 | 提示 | 参考范围 | 单位 | 仪器/方法 |
|---|---|---|---|---|---|---|
| 总胆固醇 | CHOL | 6.05 | | 3.1~6.1 | mmol/L | AU2700 |

采样时间: 09-01-05 09:38
电话号:

# 深圳市第三人民医院检验科检验报告单

2008-11-26  门诊
结核涂片

姓 名: 李炳生    病员号: 0005582293    标本号: 08112617    申请医生: 孔文琴    申报时间: 08-11-26
性 别: 男    科 别: 呼科门诊    种 类: 典痰    采 样 者:    采样时间:
年 龄: 72岁    床 号:    状 态: 基本合格    接 收 者: 庞能勇    接收时间: 08-11-26
检验项目: 结核涂片    临床诊断:

**涂片结果: 未检出抗酸杆菌**

|||||| IIII |I| IIIII|I| II |||| III
08112605101212123

检验者: 庞能勇    检验时间: 08-11-26 16:04
报告者: 庞能勇    报告时间: 08-11-26 16:04    审核者: 庞能勇
打印者: 庞能勇    打印时间: 2008-11-26 16:05:16

---

2008-11-26  血液杂项    门诊

# 深圳市第三人民医院检验科检验报告单

姓 名: 李炳生    病员号:    被测号: 150    标 本 号:
性 别: 男    科 别: 门诊办    开 单 台: 血液    申请医生:    申请时间:
年 龄: 72岁    床 号:    状 态: 基本合格    接 收 者: 高欢    接收时间: 08-11-26 10:30
检验项目: 血液杂项    临床诊断:

| 中文名称 | 英文缩写 | 检验结果 | 提示 | 参考范围 | 单位 | 仪器/方法 |
|---|---|---|---|---|---|---|
| 血沉 | ESR | 28 | ↑ | 0~15 | mm/h | B&R-64 |

|||||| IIII |I| IIIII|I| II |||| III
08112502000050

检验者: 高欢    检验时间: 08-11-26 10:21
打印者: 高欢    打印时间: 08-11-26 10:21    审核者: 奈志勇
☆提示: 检验结果仅对该受检标本负责, 结果仅供参考.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT "D"

# Letter to the Honorable Judge and Jury

尊敬的美国政府/检控官先生:

Your respectful honor & Jury,

I'm Chinese Citizen Li Yongcai's wife. First of all, I'd like to say thank you for giving me this opportunity to tell you the pressure and difficulties that our family has been facing since January 09, 2009.

我是中国公民李永才的妻子。首先，很感谢有这个机会让我倾诉从2009年1月9号至今家庭所面临这压力和困虑。

We have three children, the eldest one is 6 years old, the second one is 4 years old, and the youngest one is only 6 months. All of them are in the period of growth. They need a very good family environment for their education and training. But due to their father, Li Yongcai is not with them, they badly deprive of paternal concerns and the education from their father.

我们有三个孩子，分别是6岁/4岁/6个月。孩子们正处于一个成长发育时期，需要一个良好的家庭环境去教育和培养。却因为父亲不在家，孩子们的父爱和来自父亲的教育严重缺失。

In this situation, I'm willing to change yet unable. As all the kids are in growth period, for living, I have to work very hard day and night, but neither have time to educate them nor have time to give them happy.

而我面对这些状况，心有余而力不足，因为三个孩子，都是成长发育期，为了生计，需要彼以继日的工作。

The youngest child is 6 months now, but never seen her father. I was just pregnant for 5 months when Li Yongcai left home in January.

最小的孩子，今永才离开家的时候，刚怀上5个月。现在半岁了，却连父亲什么样都没见过。

The life of children is going on day by day, but I don't know how long I can keep on. I fear to be ill, if I'm ill, I can't imagine whether my children will go to school hungrily. So, even I feel uncomfortable, I have to endure suffering quietly.

孩子们的生活，每天要维续，但是我不知道我能支撑到哪···天！我害怕自己生病，如果有一天生病，我无法想象孩子们的是不是又饿着肚子去学校了。所以即使是身体不适，我也只能强忍着。

I yearn for Li's coming back earlier and take some of the responsibilities of children's living and education. The pressure of life makes me almost crack up.

我期盼着Li能早日回来，能分担一些孩子们的生存和教育责任。生活的压力让我无法喘气。

Also, I have to support Li's old parents. His father had been to the hospital two times for emergency treatment this year. The medical cost is very high and makes the old gentleman refuses to go to hospital any more. He endures the lethal pain from his sick body just in

the dream of seeing his only son one more time before he passes away.

还有年的父母，父亲今年已经连续两次入院病危抢救了。昂贵的医药费，让老人望而却步。老人只能用自己病残的身体指着，拖一天是一天，老人却想着能拖到唯一的儿子的归来。

Li is loveable, has no bad habits. During the eight years since we got married, Li is the only one who earned money and support the family and his old parents. His parents and children are in terrible confusion without him this year. Seventy-three year old parents and young children of 6 years old, of 4 years old & and of only 6 months old years for he could come back home.

个永才没有任何不良嗜好。我们婚后这8年时间，一直都是个在赚钱养家和赡养老人。今年他不在家，老人和孩子的生活都陷入了一片混乱中。73岁的老人和6岁/4岁/半岁的孩子，都在眼巴巴的盼着他的归来。

. . . . . . . . .

I could not describe all my tribulations here. I just appeal to you to let Li Yongcai come back home earlier so that his old parents could be supported and his children could be brought up. Also, his children would have a sunny childhood and could live happily and healthily.

Thank you for your understanding.

Yours sincerely,
Li Xin (Li Yongcai's Wife)

太多的困苦，无法一一道来，我只是恳求检控官先生，他早日让个永才回到家，让老人老有所养，孩子少有所依，让孩子们能健康快乐的生活着，有个阳光明媚的童年。

令爱

2009.11.3

地址：深圳市南山区前海路县湘莲城6期5栋2单元2楼

Add: 9 E. Unit 2    Building 5    xianglaining cheng.
Qianhai    Road.    Nanshan    District.    Shenshen. China

求救信

尊敬的法官大人：

　　我是中国公民李永才的朋友。认识他很多年了。我们是从小长大的朋友。在2009年1月9号，听到他不能按时回国的消息，我很震惊！

　　他一直对朋友，是真诚而善良的。他对朋友就如亲人一般，当我父亲得癌症住院期间，得益于他和他家人的帮助。老人在临终前告诉我，李这个朋友值得交一辈子。我孩子出生后，我请李永才帮我孩子取了名字。因为在我看来，他是一个有爱心而优秀的人，我放心把孩子的取名权交给他。

　　而今年他不在家，我真的很悲痛，面对他的家人，我能做的只是祈祷上天。

　　我为我的好朋友及他的家庭向尊敬的法官求情，他父母的病残身体，需要他回来照顾。孩子们的童年需要有父亲的呵护。请法官能体谅老人目前的无助和孩子们的需要。

　　谢谢，感激万分！

　　　签名：刘军宏
　　　地址：广西宜州市塘中路98号
　　　日期：2009.11.10

　　　　　　　　　　　　Letter For Help

Your respectful Honor,

I'm friend of Chinese citizen Li Yongcai. I got to know him long time ago. We have been best friends since childhood. I was astonished when I heard that he could not come back home on time in January, 2009.

To his friends, he is honest and kind, just like to his family. When my father stayed in hospital to treat cancer, we got tremendous help from him and his family. When my father was dying, he told me that it was worth making friends with Li throughout my life. Li gave my son a name when my son was born. For me, Li is a loving and excellent man; I'm relieved to give him my naming rights of my baby.

But he is not with us this year, I'm very sorrowful. For his family, what I can do is just to pray. For my friend and his family, I appeal to your respectful honor. His sick parents need his taking care. His children's childhood need father's love. Please consider the helplessness of his old parents and the requirements of his young children. Much appreciate for your kind consideration.

Best regards,
　　Signature:
　　Address:
　　Date:

求救信

尊敬的法官大人：

　　我是中国公民李永才的朋友。我认识李永才将近 10 年时间，无论是工作还是生活中，我有很多交往和美好的回忆。在我的心里，李永才没有任何不良嗜好，并且是个非常乐于帮助身边每一个朋友。他曾经给予在他身边的朋友很多无私的帮助。今年由于李永才不在家，他的家庭陷于了混乱，作为朋友，我很想帮助。但是无论是在老人还是孩子或者他的妻子心里，我们没有办法弥补儿子，父亲，丈夫不在家的苦楚。我们也因为今年一个良师益友的朋友无法同到我们的身边，而痛心不已。

　　为此，我恳求法官。能让李永才早日回到他嗷嗷待哺的孩子身边，承担起父亲的责任；早日回到风烛残年的父母身边，为老人尽孝；早日回到妻子身边，一同承担起教育孩子孝敬老人的责任和义务。

　　签名：王健平
　　地址：广东省深州市福田区梅华路景达大厦70 4
　　日期： 2009. 11. 9

Letter For Help

Your respectful honor,

I was friends of Chinese citizen Li Yongcai. Nearly ten years has past since my　got to know him, no matter in work or in daily life, i associated with him so frequently and have very nice memory of him. In our mind, Li has no any bad habit and ready to help his friends. He had given his friends many selfless help. Because Li is not at home this year, his family has been in big trouble. As his friends, i was eager to help. But the misery of Li's Leaving home for his father, for his children and for his wife could not be made up by anybody else in the heart of Li's family. I　also grieved very much for that one of our mentors cannot stay with us this year.

　　There for, I plea to your honor, could let Li come back to his starving children and take his responsibility as the father, could let Li come back to his dying parents to be filial, could let Li come back to his wife to take the responsibility of growing up children and supporting his old parents.

　　Signature:
　　Address:
　　Date:

求救信

尊敬的法官大人：

我是中国公民李永才的朋友。认识他 7 年来，一直接受着他无私的帮助，无论是工作还是生活上。我很感谢上天让我拥有一个这么充满爱心的朋友。很遗憾，今年他逗留在了美国。在此之前，他计划支助的山区穷困孩子读书的计划也搁浅了。

看到他的家，他今年刚出生的小女儿。孩子已经将近 7 个月了。LEE 没有办法见到新生孩子，也是一种痛心。他的父母，已经 70 多岁了。老人还有多少日子活在这个世界上，我很担心。

我请求法官，请求能让我亲爱的朋友早日回到我们的身边。让他去完成他曾经那些充满爱心的愿望。去承担起给老人尽孝的责任，去承担起抚养和教育孩子的义务。

签名：陈文东

地址：广东省潮州市潮安区文里镇麒麟村大围龙门楼14-教501

日期 9/11/2009

Letter For Help

Your Respectful Honor:

I'm friends of Chinese citizen Li Yongcai. Seven years has passed since I got to know him, no matter in work or in daily life, I've been getting his selfless help. Thanks to god I have such a loving friend. Unfortunately, he has been staying in USA this year. The project which to assist poor children in mountainous area to go to school was also suspended.

I saw his family. His youngest daughter who was just born this year is nearly 7 months old. Could not see his newborn baby daughter wrings Li's heart. His old parents are in their seventies. Their health is terrible. I'm worrying how long they could live in the world.

I appeal to your respectful honor to let my friend come back to us earlier, to let him fulfill his loving desires, to let him undertake the responsibility of supporting his parents, to undertake the obligations of bringing up and educating his children.

Thank you!

Best regards,

    Signature:

    Address:

    Date:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT "E"

Honorable Judge Otero:
Judge US District Court
312 North Spring Street
Los Angeles, CA 90012

尊敬的奥特罗法官：

尊敬的法官，文字难以表达我对所犯罪行的悔恨之心。我深知，我被监禁只能怪我自己。

我叫李永才，是中国公民。我在非常贫困的家庭长大。我父母是非常勤劳的农民，在中国贫穷的农村将我抚养大。我只上过高中。高中毕业后，我到城市去为我家寻找更好的生活。我被监禁后，我家便失去主要的生活来源。但使我感到更为痛苦的是，我父母为我目前的处境而自责。他们感到他们枉为我的父母。每次我和他们讲话，我都感到心碎，因为是我造成他们的痛苦。我的父母现在已经年老并且多病，经常需要照顾。由于我的所为，我不能为他们提供我应该提供的东西，我父亲无钱就医，我也不能在他们身边照顾他。说我为我的家庭和我自己带来极大的耻辱一点也不为过。

在监狱，我有许多时间悔悟我的过失。我知道我不能改变过去，但我可以为自己准备更好的未来。在监狱期间，我在厨房做事，学到一些新的技术。我也通过听广播及与室友交谈自学英语。我希望将我在监狱的时间变成一个学习的过程，改造自己。能够回顾自己，将成为我希望追求更好未来的一个阶梯。当我回到中国，我将成为比我离开中国时，更好的男子汉。

在此期间，我所不能做的事，是去伤害孩子的心，使我的女儿和儿子不知道在这整个期间我在何处。每次我给他们打电话，他们都会问我："爸爸，你在哪里？你什么时候回家？"我不知如何回答他们的问题。然而，在我走完这段路时，我知道当我回到孩子身边时，他们问我长期以来一直避免回答的问题是"爸爸，你到哪里去了？"我就可以看着他们的眼睛并和他们讲真话："我在一个将人变成好人的地方。"

尊敬的法官，我可以向法庭保证，我绝对不会再从事任何犯罪活动。在我失去自由之后，我才认识到自由是一种特权，是一种我不能再认为是理所当然的特权。

我到法庭不是来请求宽恕的。我犯了罪，我为自己的行为负责。我到法庭来，是要求给我一次改过的机会，一个我的儿子及我生病的父亲所需要的机会，一个妻子所爱的好丈夫的机会，一个做我的孩子的好父亲的机会。我请求法庭在判刑时给我轻判。我请求法庭允许我尽早回到家中，回到家庭，回到生活，使我成为一个好人。

感谢您给我机会读这封信。

您的诚挚的，

李永才

Honorable Judge Otero:
Judge US District Court
312 North Spring Street
Los Angeles, CA 90012

Honorable Judge Otero:

Your Honor, mere words are not enough for me to express how remorseful I am for the crime I committed. I am very aware of that I only have myself to blame for the poor choices that led to my incarceration.

My name is Li Yong Cai and I am a citizen of China. I grew up very poor. My parents were very hard working farmers who raised me in a very poor and rural part of China. I only have a high school education. After high school I moved to the city in search of a better life for my family. Since my incarceration, my family has lost their main source of income. But what pains me even more is that my parents blame themselves for my current situation. They feel that failed me as parents. It breaks my heart every time I talk to them. It breaks my heart because I am the one responsible for all of their pain and suffering. My parents are now old and very ill, and need constant care. Because of my actions I cannot provide for them as I should, my father cannot afford to take the medication he needs, and worst of all I cannot be there physically for him. To say I have brought great shame upon my family and myself would be an understatement.

Being at MDC, I have had a lot of time to repent for my mistakes. I know I cannot correct the past, but I am preparing myself for a better future. During my time in MDC I have bettered myself by learning new skills working in the MDC kitchen. I have also been teaching myself English by listening to news broadcasts and talking with other inmates. I hope to turn my time in MDC into a learning experience, a bettering experience, and be able to look back on my time in MDC has a stepping stone towards what I hope is a better future. When I go back to China, I want to be a better man than the one I was when I left.

During this whole time, the one thing I could not do was break my children's hearts, so my daughter and my son still do not know where I have been for this entire time. Every time I call them, they ask questions such as, "Daddy, where are you? When are you coming home?" I was never able to answer their questions. But, as my journey here ends, I now know that when I return home to my children, and they ask me the question I have avoided for so long, "Daddy, where were you?", I can look them in the eye and tell them the truth, "I was somewhere becoming a better person."

Your Honor, I can promise this court that I will never engage in criminal activity again.  After having my freedom taken away from me, I know, and appreciate, that freedom is a privilege, a privilege I will never take for granted again.

I do not come before this court begging for forgiveness, I committed a crime and I accept responsible for my actions.  I come before this court asking for a chance at redemption.  A chance to be the son my sick father needs.  A chance to be the husband my wife fell in love with.  A chance to be the very best father I can be for my children.  I ask this court for leniency in my sentence.  I ask that this court please allow me to return to my home, my family, and my life, sooner than later so that I can be the better man that I know I have become.

Thank you for taking your time to read my letter.

Sincerely,

Li, Yong Cai